**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 29, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00074-CV**

---

**IN RE FREESTANDING EMERGENCY ROOM MANAGERS OF AMERICA, L.L.C, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-48143**

---

## MEMORANDUM OPINION

On January 29, 2019, relator Freestanding Emergency Room Managers of America, L.L.C filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition,

relator asks this court to compel the Honorable to Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate his January 19, 2010 order transferring venue to Austin County.

On January 30, 2019, the trial court set aside its order, and took the issue under further advisement. On July 22, 2019, the trial court issued an order denying the motion to transfer venue, thereby mooting the relief that relator seeks in this proceeding. On August 20, 2019, relator filed a motion asking this court to dismiss its petition for writ of mandamus.

We GRANT the motion and DISMISS relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.

2